UNITED STATES DISTRICT COURT

CENTRAL DISTRICT, EASTERN DIVISION

| | |
|---|---|
| PRIVACYWEAR, INC., a Nevada Corporation; and CAROLYN M. JONES, an individual, ,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>QTS & CTFC, LLC, a Nebraska Limited Liability Company; and JONATHAN NASH, an individual,<br><br>　　　　　Defendants. | Case No.  EDCV 07-1532 VAP (OPx)<br><br>Assigned for All Purposes to:<br>Judge Virginia A. Phillips<br>Ctrm: 2- 3470 12th Str., Riverside, CA<br><br>Discovery Magistrate Judge:<br>Hon. Oswald Parada<br>Ctrm: 3 - 3470 12th Str., Riverside, CA<br><br>**DISCOVERY ORDER** |
| QTS & CTFC, LLC, a Nebraska Limited Liability Company; and JONATHAN NASH, an individual,<br><br>　　　　　Counter-Claimants,<br><br>v.<br><br>PRIVACYWEAR, INC., a Nevada Corporation; CAROLYN M. JONES, an individual, and DIAMOND DECISIONS, INC., a Nevada Corporation,<br><br>　　　　　Counter-Defendants. | **ORDER ON STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL DISCOVERY MATERIALS AND INFORMATION**<br><br>Complaint filed:　　11/20/2007<br><br>Discovery Cut-Off:　　January 8, 2010<br>Pretrial Conference:　　March 29, 2010<br>Trial Date:　　April 13, 2010 |

Kutak Rock LLP
Attorneys At Law
Irvine

4828-8723-1749.1
1296801-3

- 1 -

PROTECTIVE ORDER

1  The Stipulated Protective Order regarding confidential discovery materials
2  and information filed jointly by the parties was considered by the Honorable
3  Oswald Parada, presiding, in Courtroom 3 of the above-entitled Court on December
4  4, 2009.

5  After full consideration of the Stipulated Protective Order submitted by the
6  parties,

7  **IT IS ORDERED AND ADJUDGED** that the Stipulated Protective Order is
8  hereby **GRANTED**, with changes made by the court.

9  Dated: December 4, 2009

_____
**HON. OSWALD PARADA,**
**MAGISTRATE JUDGE OF THE**
**UNITED STATES DISTRICT COURT**

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4828-8723-1749.1
1296801-3

- 2 -

PROTECTIVE ORDER