JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PRIVACYWEAR, INC., a Nevada Corporation; and CAROLYN M. JONES, an individual, | ) ) ) ) ) | Case No. EDCV 07-1532-VAP (OPx) **JUDGMENT** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| QTS & CTFC, LLC, a Nebraska Limited Liability Company; and JONATHAN NASH, an individual, | ) ) ) ) ) | |
| Defendants. | | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the July 23, 2010, Order filed herewith, IT IS ORDERED AND ADJUDGED that:

1. Judgment is hereby rendered in favor of QTS and Nash against PrivacyWear and Jones, jointly and severally, in the amount of two hundred thousand dollars ($200,000.00)

2. QTS and Nash are entitled to post-judgment interest, which will accrue as set forth in 28 U.S.C. § 1961

1      from the date of this judgment, until paid in full;
2      and
3  3.  PrivacyWear and Jones' six claims in the complaint,
4      styled PrivacyWear Inc., et al. v. QTS & CTFC, LLC,
5      et al, United States District Court, Central District
6      of California, Case No. EDCV 07-1532-VAP (OPx), are
7      DISMISSED WITH PREJUDICE.

10 Dated: September 2, 2010

                    VIRGINIA A. PHILLIPS
                    United States District Judge